UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WELSPUN USA, INC., WELSPUN GLOBAL BRANDS LIMITED, and WELSPUN INDIA LIMITED,<br>    Plaintiffs,<br><br>v.<br><br>EKE TEKSTIL KONFEKSIYON TURIZM SANAYI VE TICARET A.S.,<br><br>    Defendant. | Civil Action No.: _____<br><br>JURY TRIAL DEMANDED |

## LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3(A), Plaintiff Welspun USA, Inc. certifies that it is a subsidiary of Welspun India Limited and Welspun Global Brands Limited. Plaintiff Welspun Global Brands Limited certifies that it is a subsidiary of Welspun India Limited and Bennett, Coleman & Co. Ltd. Plaintiff Welspun India Limited certifies that it is not a subsidiary of any company.

Dated: October 11, 2016          Respectfully submitted,

                                                  /s/ Christopher S. Schultz
                                                  Christopher S. Schultz (BBO# 630814)
                                                  FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER
                                                  2 Seaport Lane
                                                  6th Floor
                                                  Boston, MA 02210-2001
                                                  Telephone: (617) 646-1600
                                                  Facsimile: (617) 646-1666
                                                  christopher.schultz@finnegan.com

                                                  Attorney for Plaintiffs
                                                  Welspun USA, Inc., Welspun India Limited and
                                                  Welspun Global Brands Limited

1